UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SOTO,

Plaintiff,

– *against* –

SERVICES FOR THE UNDERSERVED, INC.,

Defendant.

**ORDER**

26 Civ. 3583 (ER)

RAMOS, D.J.:

The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than October 15, 2026.

It is SO ORDERED.

Dated: October 1, 2026
New York, New York

Edgardo Ramos, U.S.D.J.