# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**November 6, 2026**

**Via ECF**

**MEMO ENDORSED**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

**Re: Soto v. Services for the Underserved, Inc.**
**Case No. 26-CV-03583 (ER)(JW)**
**Motion for Extension of Time**

Dear Judge Ramos:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the deadline for Plaintiff to file his motion for settlement approval to November 20, 2026. This request is being made because some additional time is needed to finalize the settlement papers in light of *Cheeks*, etc. Two prior requests for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

Plaintiff's request is granted. Plaintiff is directed to file the parties' settlement agreement by November 20, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 9, 2026
New York, New York
~~~~~